UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| **BRIAN SCOTT KENNEDY,** <br><br> Plaintiff, <br><br> v. <br><br> **HPH HOSPITALITY LLC, PEYTON HUGHES, and GEORG HERINGER,** <br><br> Defendants. | Case No. 4:19-cv-00177-SEB-DML <br><br> **STIPULATION OF DISMISSAL** |

Acknowledged.

This action is hereby dismissed with prejudice.

Date: 6/12/2020

*[signature]*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

The parties, through the undersigned counsel, stipulate to dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court shall retain jurisdiction over this matter for purposes of enforcing any settlement.

Dated: June 10, 2020

Respectfully submitted,

| | |
|---|---|
| */s/J. Corey Asay* | */s/ Matthew S. Tarkington*  (with permission) |
| J. Corey Asay | Matthew S. Tarkington (23773-49) |
| MORGAN & MORGAN | Lewis & Kappes, P.C. |
| 333 W. Vine Street, Suite 1200 | One American Square, Suite 2500 |
| Lexington, KY 40507 | Indianapolis, IN 46282 |
| Telephone: (859) 286-8368 | (317) 639-1210 |
| Facsimile: (859) 286-8384 | (317) 639 4882  *fax* |
| casay@forthepeople.com | Mtarkington@lewis-kappes.com |
| *Counsel for Plaintiff* | *Counsel for Defendants* |